1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9
10

ELISA ANN MARSHALL,

Case No. 1:25-cv-01339-SKO

11

        Plaintiff,

**ORDER GRANTING PLAINTIFF'S**
**APPLICATION TO PROCEED IN**
**FORMA PAUPERIS**

12

   v.

13

FRANK BISIGNANO, Commissioner of
Social Security,

(Doc. 2)

14
15

        Defendant.
_____/

16
17

     Plaintiff Elisa Ann Marshall filed a complaint on October 8, 2025, along with an application

18

to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's application

19

demonstrates entitlement to proceed without prepayment of fees.

20

     Accordingly, IT IS HEREBY ORDERED that:

21

    1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED; and

22

    2.    The Clerk of Court is DIRECTED to issue a summons, the Consent/Decline forms,

23

          and the Scheduling Order.  Service on the defendant shall proceed under the Court's

24

          E-Service program as follows: once a summons is issued, the Clerk of Court shall

25

          deliver to the Commissioner of Social Security Administration and the United States

26

          Attorney's Office at their designated email addresses, a notice of electronic filing of

27

          the action along with the summons and complaint.

28

1  IT IS SO ORDERED.

2  Dated:    **October 9, 2025**                         /s/ *Sheila K. Oberto*

3                                              UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28