ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ELISA ANN MARSHALL,<br><br>      Plaintiff,<br><br>     vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No. 1:25-CV-01339-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from February 6, 2026, up to and including March 9, 2026.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

This is the Defendant's first request for an extension. Defendant respectfully requests this extension to allow sufficient time to prepare the Commissioner's brief in light of this case's recent reassignment to the Defendant's undersigned counsel due to office need. Defendant's counsel has

Stip. for Ext.; Order; 1:25-CV-01339-SKO                    1

been diligent in her work, and in the last four weeks, has completed six responsive briefs and one settlement memorandum. In addition to this case, counsel has eleven upcoming responsive briefs in the next four weeks.

Respectfully submitted,

Dated:  February 6, 2026          By:    /s/ *Francesco Benavides**
                                         (*as authorized via e-mail on February 6, 2026)
                                         FRANCESCO BENAVIDES
                                         Attorney for Plaintiff

Dated:  February 6, 2026                 ERIC GRANT
                                         United States Attorney
                                         MATHEW W. PILE
                                         Head of Program Litigation 1
                                         Social Security Administration

                                  By:    /s/ *Lillian J. Lee*
                                         LILLIAN J. LEE
                                         Special Assistant U.S. Attorney
                                         Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation and unopposed motion (Doc. 13), and for good cause shown (*see* Fed. R. Civ. P. 16(b)(4)), IT IS SO ORDERED that Defendant shall have an extension, up to and including **March 9, 2026**, to respond to Plaintiff's Motion for Summary Judgment.  All other dates in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **February 9, 2026**               /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; Order; 1:25-CV-01339-SKO                    2