ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA ANN MARSHALL, | Case No. 1:25-CV-01339-SKO |
| Plaintiff, | **STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER** |
| vs. | (Doc. 15) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from March 9, 2026, up to and including April 8, 2026. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

This is the Defendant's second request for an extension. Since the Commissioner's last extension request, the Commissioner has identified a possibility for settlement of this matter. Accordingly, I am seeking an extension to continue settlement discussions with my client, and, if

Stip. for Ext.; 1:25-CV-01339-SKO                                    1

necessary, to pursue settlement negotiations with Plaintiff's counsel. I have been diligent in my work, and in the last four weeks, have completed responsive briefs in four cases and settlement memoranda in four cases. In addition to this case, I have eleven upcoming responsive briefs in the next four weeks.

Respectfully submitted,

Dated:  March 9, 2026          By:    /s/ *Francesco Benavides\**
                                     (*as authorized via e-mail on March 9, 2026)
                                     FRANCESCO BENAVIDES
                                     Attorney for Plaintiff

Dated:  March 9, 2026                 ERIC GRANT
                                     United States Attorney
                                     MATHEW W. PILE
                                     Head of Program Litigation 1
                                     Social Security Administration

                               By:    /s/ *Lillian J. Lee*
                                     LILLIAN J. LEE
                                     Special Assistant U.S. Attorney
                                     Attorneys for Defendant

**<u>ORDER</u>**

Pursuant to the parties' foregoing stipulation and unopposed motion, (Doc. 15),

IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including April 8, 2026, to respond to Plaintiff's Motion for Summary Judgment.  All other dates in the Scheduling Order, (Doc. 5), are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **March 9, 2026**                    /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE