ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Social Security Administration
LILLIAN J. LEE, (NY 5449764)
Special Assistant United States Attorney
Program Litigation 1, Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 206-615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA ANN MARSHALL, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 1:25-cv-01339-SKO <br><br><br> STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER <br><br> (Doc. 17) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g), with respect to Plaintiff's eligibility for benefits under Title II of the Social Security Act.

Upon remand, the Appeals Council will direct the Administrative Law Judge to take any steps necessary to fully develop the administrative record; evaluate the persuasiveness of the opinion of medical expert, Maria Pollock, M.D.; reevaluate the claimant's subjective allegations;

reevaluate the residual functional capacity; obtain supplemental vocational expert evidence, if warranted; and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: April 6, 2026                    LAW OFFICES OF FRANCESCO BENAVIDES

By:    */s/ Lillian J. Lee for\**
FRANCESCO P. BENAVIDES
Attorneys for Plaintiff
[*As authorized by e-mail on April 6, 2026]

Dated: April 7, 2026                    ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration

By:    */s/ Lillian J. Lee*
LILLIAN J. LEE
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation and Unopposed Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand") (Doc. 17), and for cause shown,

IT IS HEREBY ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of 42 U.S.C. 405(g) in accordance with the Stipulation to Remand.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and shall thereafter close this case.

IT IS SO ORDERED.

Dated:    **April 7, 2026**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE